April 6, 2005

Mr. Charles W. McGarry
Law Office of Charles McGarry
701 Commerce Street, Suite 400
Dallas, TX 75202

Mr. David C. Bakutis
Bakutis McCully & Sawyer, P.C.
210 W. 6th St., Suite 700
Fort Worth, TX 76102

Mr. William M. Warren
Loe Warren Rosenfield Kaitcher & Hibbs
4420 W. Vickery Blvd.
Fort Worth, TX 76185
Honorable Stephen O. Crawford
90th District Court
516 4th St., Room 203
Graham, TX 76450-2964

Mr. John M. Key
Leonard and Key, P.L.L.C.
P.O. Drawer 8385
Wichita Falls, TX 76307-8385

RE: Case Number: 05-0245
 Court of Appeals Number: 11-04-00126-CV
 Trial Court Number: 27,291

Style: IN RE COY BARGSLEY

Dear Counsel:

 The Supreme Court of Texas granted the Motion for Temporary Relief and
issued the enclosed stay order in the above-referenced case. Real parties
in interest are requested to file a response to the petition for writ of
mandamus. The response is due to be filed in this office no later than
3:00 p.m., April 18, 2005. PLEASE NOTE Tex. R. App. P. 9.2(b), does not
apply. There is no filing fee associated with this requested response.
 Sincerely,
 [pic]
 Andrew Weber, Clerk
 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Sherry |
| |Williamson |
| |Ms. Shirley Parker|